IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL MAYO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-3123 |
| | § | |
| PASADENA POLICE | § | |
| DEPARTMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In accordance with this court's Memorandum and Order of today's date, the defendants' motions to dismiss are granted. (Docket Entries No. 5, 7). The plaintiff's suit is dismissed. Because leave to amend would be futile, the dismissal is with prejudice.

This is a final judgment.

SIGNED on April 8, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge